381 A.2d 898

Commonwealth v. Mastrangelo, Appellant.

Argued September 14, 1977. Randy L. Sebastian, with him William J. Gallagher, for appellant; Joan D. Lasensky, Assistant District Attorney, with her William H. Lamb, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., dissents.

381 A.2d 899

Commonwealth v. Mathis, Appellant.

Argued September 20, 1977. David Kanner, for appellant; Randolph L. Goldman, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.